IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:26-550 |
| | ) | |
| v. | ) | 18 U.S.C. § 3146(a)(1) |
| | ) | 18 U.S.C. § 3146(b)(1)(A)(ii) |
| | ) | |
| **HERB KIMBLE** | ) | **INDICTMENT** |

THE GRAND JURY CHARGES:

## COUNT ONE
*(Failure to Appear)*

On or about August 27, 2024, in the District of South Carolina, the Defendant, **HERB KIMBLE**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting sentence after conviction for a violation of Title 18, United States Code, Section 371 (Criminal Conspiracy), an offense punishable by imprisonment for a term of not more than 5 years, in Case No. 3:19-cr-277-JFA, entitled *United States v. Herb Kimble*, for appearance before the Honorable Joseph F. Anderson Jr., United States District Judge, for a status conference in the aforementioned case, did knowingly and willfully fail to appear as required;

In violation of 18 U.S.C. § 3146(a)(1) and 3146(b)(1)(A)(ii).

## COUNT TWO
*(Failure to Appear)*

On or about September 19, 2024, in the District of South Carolina, the Defendant, **HERB KIMBLE**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting sentence after conviction for a violation of Title 18, United States Code, Section 371

1

(Criminal Conspiracy), an offense punishable by imprisonment for a term of not more than 5 years, in Case No. 3:19-cr-277-JFA, entitled *United States v. Herb Kimble*, for appearance before the Honorable Joseph F. Anderson Jr., United States District Judge, for sentencing in the aforementioned case, did knowingly and willfully fail to appear as required;

In violation of 18 U.S.C. § 3146(a)(1) and 3146(b)(1)(A)(ii).

## COUNT THREE
*(Failure to Appear)*

On or about November 7, 2024, in the District of South Carolina, the Defendant, **HERB KIMBLE**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting sentence after conviction for a violation of Title 18, United States Code, Section 371 (Criminal Conspiracy), an offense punishable by imprisonment for a term of not more than 5 years, in Case No. 3:19-cr-277-JFA, entitled *United States v. Herb Kimble*, for appearance before the Honorable Joseph F. Anderson Jr., United States District Judge, for sentencing in the aforementioned case, did knowingly and willfully fail to appear as required;

In violation of 18 U.S.C. § 3146(a)(1) and 3146(b)(1)(A)(ii).

## FORFEITURE

Pursuant to Rule 32.2(a), the Defendant, **HERB KIMBLE**, is hereby notified that under Title 18, United States Code, Section 3146(d), the Defendant shall forfeit to the United States the amount of $5,000,000, the equivalent of the bond designated under Title 18, United States Code, Section 3142.

Pursuant to Title 18, United States Code, Sections 3146(d) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A ___TRUE___ BILL

_____FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _Samantha Usher_
Samantha Usher
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-343-3170
Fax:   803-254-2912
Email: samantha.usher2@usdoj.gov

3